# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN W. BONK and DONNA M. BONK, Husband and Wife, | NO. 3:18-CV-2417 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| AMERICAN STATES INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

**NOW**, this 1st day of October, 2019, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion to Withdraw Sur-Reply (Doc. 23) is **GRANTED**, and Plaintiff's sur-reply brief (Doc. 21) is **STRICKEN** from the record

(2) The Motion to Strike Plaintiff's Sur-Reply Brief (Doc. 22) is **DENIED as moot**.

(3) The Motion for Summary Judgment (Doc. 16) filed by Defendant American States Insurance Company is **DENIED**.

                                                    /s/ A. Richard Caputo
                                                    A. Richard Caputo
                                                    United States District Judge